# (April 13, 1970)

■ In the Matter of JEANETTE P. (ANONYMOUS), a Person Alleged To be in Need of Supervision, Appellant.— Motion by appellant to stay order of Family Court, Kings County, dated March 5, 1970, and for other relief, pending appeal from the order. Motion dismissed as moot, without costs. The appeal is decided herewith [34 A D 2d 661]. Christ, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.